# MEMORANDUM CASES.

[L. A. No. 4540.   Department Two.—May 8, 1918.]

C. C. HARRIS OIL COMPANY (a Corporation), Respondent, v. STANDARD CONSTRUCTION AND DEVELOPMENT COMPANY (a Corporation), et al., Defendants; NATIONAL SURETY COMPANY (a Corporation), Appellant.

STREET IMPROVEMENTS—PUBLIC CONTRACT—VROOMAN ACT—BOND FOR MATERIALS AND LABOR—LIABILITY OF SURETY.—Judgment affirmed on the authority of *Los Angeles Stone Co.* v. *National Surety Co., ante*, p. 247.

APPEAL from a judgment of the Superior Court of Los Angeles County.   Frank G. Finlayson, Judge.

The facts are similar to those stated in the opinion of the court in *Los Angeles Stone Co.* v. *National Surety Co., ante,* p. 247.

Allen & Weyl, for Appellants.

Cates & Robinson, for Respondent.

THE COURT.—The appeal in this case is from the judgment entered against National Surety Company, appellant. The questions presented are the same as those considered in *Los Angeles Stone Co.* v. *National Surety Co., ante,* p. 247, [173 Pac. 79].   We refer to that decision for the reasons in support of the judgment made herein.

The judgment appealed from is affirmed.